Anne L. Weismann
D.C. Bar No. 298190
Melanie Sloan
D.C. Bar No. 454584
Citizens for Responsibility
and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C.  20005
202-408-5565

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
CITIZENS FOR RESPONSIBILITY AND     :
ETHICS IN WASHINGTON                :
11 Dupont Circle, N.W.              :
Washington, D.C.  20036             :
                                    :
         Plaintiff,                 :
                                    :
    v.                              :  Civil Action No.
                                    :
U.S. DEPARTMENT OF THE TREASURY,    :
Internal Revenue Service            :
1111 Constitution Avenue, N.W.      :
Washington, D.C.  20224             :
                                    :
         Defendant.                 :
_____:

**COMPLAINT FOR DECLARATORY JUDGMENT
 AND INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, as amended, as well as agency FOIA regulations, challenging the failure of the Internal Revenue Service ("IRS"), a component of the U.S. Department of the Treasury ("Treasury"), to fulfill the request of Plaintiff for copies of all complaints filed by any individual or entity with any office

of the IRS that mention or relate to CREW or its Executive Director.

2. This case seeks declaratory relief that Defendant is in violation of the FOIA for failing to fulfill Plaintiff's request for records, and injunctive relief that Defendant immediately and fully comply with Plaintiff's requests under the FOIA.

## JURISDICTION AND VENUE

3. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. §1331. Venue lies in this district under 5 U.S.C. §552(a)(4)(B).

4. Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") is a non-profit corporation, organized under section 501(c)(3) of the Internal Revenue code. CREW is committed to protecting the right of citizens to be informed about the activities of government officials and to ensuring the integrity of government officials. CREW is dedicated to empowering citizens to have an influential voice in government decisions and in the governmental decision-making process. CREW uses a combination of research, litigation, and advocacy to advance its mission.

5. CREW has invested considerable organizational resources in pushing the U.S. government to take ethics issues seriously. CREW monitors closely the laws and rules applicable to government agencies.

6. CREW is harmed by the IRS's failure to comply with the FOIA, because that failure

harms CREW's ability to provide full, accurate, and current information to the public. 5 U.S.C. §552(a)(6)(C).

7. Defendant U.S. Department of the Treasury is an agency within the meaning of 5 U.S.C. §552(f). Treasury and its component, the IRS, have possession and control of the requested records and are responsible for fulfilling Plaintiff's FOIA request.

## STATUTORY FRAMEWORK

### The Freedom of Information Act

8. The FOIA, 5 U.S.C. §552, requires agencies of the federal government to release requested records to the public unless one or more specific statutory exemptions apply.

9. An agency must respond to a party making a FOIA request within 20 working days, notifying that party of at least the agency's determination whether or not to fulfill the request, and of the requester's right to appeal the agency's determination to the agency head. 5 U.S.C. §552(a)(6)(A)(i).

10. An agency must respond to a FOIA appeal within 20 working days, notifying the appealing party of the agency's determination to either release the withheld records or uphold the denial. 5 U.S.C. §552(a)(6)(A)(ii).

11. In "unusual circumstances," an agency may delay its response to a FOIA request or appeal, but must provide notice and must also provide "the date on which a determination is expected to be dispatched." 5 U.S.C. §552(a)(6)(B).

12. This Court has jurisdiction, upon receipt of a complaint, "to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant." 5 U.S.C. §552(a)(4)(B).

13. The FOIA provides a mechanism for disciplinary action against agency officials who have acted inappropriately in withholding records. Specifically, when requiring the release of improperly withheld records, if the Court makes a written finding that "the circumstances surrounding the withholding raise questions whether agency personnel acted arbitrarily or capriciously," a disciplinary investigation is triggered. 5 U.S.C. §552(a)(4)(F).

### FACTS GIVING RISE TO PLAINTIFF'S CLAIMS FOR RELIEF

14. On March 15, 2006, Plaintiff sent a FOIA request to the IRS seeking records, regardless of format and including electronic records and information, of "any and all complaints filed by any individual or entity with any office of the Internal Revenue Service ("IRS"), including any and all field offices, dating from January 1, 2001, to the present that mention or relate to CREW and/or Melanie Sloan, the Executive Director of CREW." Letter from Anne L. Weismann to IRS, Disclosure Office 3, March 15, 2006 (attached as Exhibit A).

15. CREW also sought a waiver of fees associated with processing its request given that the request concerns the operations of the federal government, the disclosures will likely contribute to a better understanding of relevant government procedures, and the request is primarily and fundamentally for non-commercial purposes. Id. As CREW explained, the records it seeks "are likely to contribute to the public's understanding of the manner in which outside political forces attempt to use the IRS complaint process to serve political ends." Id.

16. To date, CREW has received no response to this request.

17. The statutory time for the IRS to respond to Plaintiff's March 15, 2006 FOIA request has run out and Plaintiff has constructively exhausted its administrative remedies with respect to its request for expedition and with the processing of CREW's FOIA request. 5 U.S.C.

§552(a)(6)(C); <u>Oglesby v. U.S. Dep't of Army</u>, 920 F.2d 57, 65 (D.C. Cir. 1990).

**PLAINTIFF'S CLAIMS FOR RELIEF**

**<u>CLAIM ONE</u>**

**(Failure to Produce Records)**

18.  Plaintiff realleges and incorporates by reference all preceding paragraphs.

19.  Plaintiff properly asked for records within the custody and control of the IRS, a component of Treasury.

20.  Plaintiff is entitled by law to access to the records requested under the FOIA, unless Defendant makes an explicit and justified statutory exemption claim.

21.  Therefore, Defendant violated FOIA's mandate to release agency records to the public by failing to release the records as Plaintiff specifically requested.  5 U.S.C. §§552(a)(3)(A), 55(a)(4)(B)

**<u>CLAIM TWO</u>**

**(Failure to Respond)**

22.  Plaintiff realleges and incorporates by reference all preceding paragraphs.

23.  On March 15, 2006, Plaintiff properly filed a FOIA request with the IRS.

24.  To date, Plaintiff has not received a response from the IRS, and the IRS has exceeded the 20-working-day statutory time limit for such a response.  5 U.S.C. §552(a)(6)(A)(i).

25.  Therefore, Treasury and its component, the IRS, have violated the FOIA's mandate to respond to Plaintiff's FOIA request with the statutory time period.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare that Treasury and its component, the IRS, have violated the Freedom of Information Act by failing to lawfully satisfy Plaintiff's FOIA request of March 15, 2006;

(2) Order the IRS to respond to Plaintiff's FOIA request immediately;

(3) Award Plaintiff reasonably attorney fees and litigation costs in this action, pursuant to 5 U.S.C. §552(a)(4)(E); and

(4) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (202) 408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated:  May 24, 2006