AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

U.S. Department of the Treasury, Internal Revenue Service

CASE

CASE NUMBER 1:06CV00965

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/24/2006

TO: (Name and address of Defendant)

Kenneth Wainstein
U.S. Attorney for the District of Columbia
301 3rd Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 24 2006
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-25-06 |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: REGINALD D. ROWAN LEGAL ASST.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-25-06         [signature] Dy h Bst
                Date              Signature of Server

                1522 K St NW Ste 200
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.