## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON** **11 Dupont Circle, N.W.** **Washington, D.C. 20036** | ) ) ) ) ) |  |
| **Plaintiff,** | ) ) |  |
| **v.** | ) ) | **Civil Action No. 06-0965 (CKK)** |
| **U.S. DEPARTMENT OF THE TREASURY,** **Internal Revenue Service** **1111 Constitution Avenue, N.W.** **Washington, D.C. 20224** **555 4th Street, N.W.** | ) ) ) ) ) ) ) |  |
| **Defendant.** | ) ) |  |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant

U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/

WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224