# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>  v.<br><br>**U.S. DEPARTMENT OF THE TREASURY,**<br>**Internal Revenue Service**<br>1111 Constitution Avenue, N.W.<br>Washington, D.C. 20224<br>555 4th Street, N.W.<br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0965 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please enter the withdrawal of appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

    /s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224