UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND :
ETHICS IN WASHINGTON :
11 Dupont Circle, N.W. :
Washington, D.C. 20036 :
 :
      Plaintiff, :
 :
  v. : Civil Action No. 1:06cv00965 (CKK)
 :
U.S. DEPARTMENT OF THE TREASURY, :
Internal Revenue Service :
1111 Constitution Avenue, N.W. :
Washington, D.C. 20224 :
 :
      Defendant. :
_____:

## NOTICE OF DISMISSAL

Citizens for Responsibility and Ethics in Washington, plaintiff in the above-captioned action, hereby files notice that it is dismissing this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    ____/s/_____
    Anne L. Weismann
    (D.C. Bar No. 298190)
    Melanie Sloan
    (D.C. Bar No. 434584)
    Citizens for Responsibility and Ethics
     in Washington
    1400 Eye Street, N.W., Suite 450
    Washington, D.C. 20005
    Phone: (202) 408-5565
    Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: June 20, 2006